```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 18555
   WESLEY H CRENSHAW
   KEISHANA A CRENSHAW                         CHAPTER 13

                                               JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-3187    SSN XXX-XX-7395


--------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 10/09/07 and confirmed on 12/27/07.

     2.  The case was dismissed after confirmation, 07/25/2008.

     3.  The Debtor paid a total of $  11740.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CHASE HOME FINANCE | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | MORTGAGE ARRE | 1137.48 | .00 | 1137.48 |
| AURORA LOAN SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| OPTION ONE MORTGAGE CO | SECURED | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE AUTO FINANCE | SECURED VEHIC | 31589.22 | 1467.43 | 3400.40 |
| JAGUAR CREDIT | SECURED VEHIC | 20490.16 | 810.69 | 2886.28 |
| STATE DISBURSEMENT UNIT | CHILD SUPPORT | NOT FILED | .00 | .00 |
| ADVOCATE MEDICAL GROUP | UNSECURED | NOT FILED | .00 | .00 |
| APPLIED CREDIT BANK | UNSECURED | NOT FILED | .00 | .00 |
| BETA FINANCE CO | UNSECURED | 2764.55 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 986.83 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 962.90 | .00 | .00 |
| CREDIT COLLECTION SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| DEVRY INC | FILED LATE | .00 | .00 | .00 |
| E CHECK INC | UNSECURED | NOT FILED | .00 | .00 |
| FAIRLANE CREDIT LLC | UNSECURED | NOT FILED | .00 | .00 |
| FCNB | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS | UNSECURED | 131.96 | .00 | .00 |
| LINEBARCER COCCAN BLAIR | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| METROPOLITAN LIFE INS | UNSECURED | NOT FILED | .00 | .00 |
| MONOGRAM BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 793.21 | .00 | .00 |
| NORTHSHORE AGENCY | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE HEALTH CARE | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY | UNSECURED | NOT FILED | .00 | .00 |
| TRANSWORLD SYSTEMS INC | UNSECURED | NOT FILED | .00 | .00 |

```
US DEPARTMENT OF EDUCATI  UNSECURED      36651.63              .00           .00
VALLEY WEST COMMUNITY HO  UNSECURED        294.67              .00           .00
AFNI/ VERIZON WIRELESS    UNSECURED        705.87              .00           .00
COMED                     UNSECURED        348.03              .00           .00
LIGHTHOUSE ACADEMY        UNSECURED      NOT FILED             .00           .00
NICOR GAS                 UNSECURED      NOT FILED             .00           .00
UNIVERSITY OF PHOENIX     UNSECURED      NOT FILED             .00           .00
WASHINGTON STATE SUPPORT  FILED LATE          .00              .00           .00
NELNET FOR COLLEGE ACCES  UNSECURED       7696.59              .00           .00
     Summary of disbursements:
-------------------------------------------------------------------------------
                      SECURED       PRIORITY     UNSECURED          OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED    53216.86           .00      51336.24            .00     104553.10
PRINCIPAL PAID         7424.16           .00           .00            .00       7424.16
INTEREST PAID          2278.12           .00           .00            .00       2278.12
TOTAL PAID             9702.28           .00           .00            .00       9702.28
```

The Debtor's attorney, ERNESTO D BORGES JR           , was allowed $   3500.00
and was paid $   1000.00   direct and $   1431.03   through the plan.

The Trustee received $    606.69 .

Refunds to the Debtor totaled $       .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 10/08/08                      /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE